■ The People of the State of New York, Respondent, v Kevin Degale, Appellant. [660 NYS2d 785] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Rappaport, J.), imposed June 27, 1994, on the ground that the sentence is excessive and that the Supreme Court should have waived the mandatory surcharge pursuant to CPL 420.35 (2).

Ordered that the sentence is affirmed. No opinion. Mangano, P. J., Miller, Ritter, Santucci and Krausman, JJ., concur.